Cindy Chace
2675 W. Wave Court
Meridian, ID 83642
(208) 884-5437
Plaintiff Appearing Pro Per

**U.S. COURTS**

**JAN 2 6 2009**

Rcvd_____Filed_____Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| CINDY CHACE, An Individual  ) | |
| )  | |
| Plaintiff,  ) | Case No.   CV   09-28-S- LMB |
| )  | |
| v.  ) | **COMPLAINT** |
| )  | |
| ACTION COLLECTION SERVICES,  ) | |
| INC., An Idaho Corporation  ) | |
| )  | |
| Defendant.  ) | |

--------------------------------------------------

COMES NOW, the Plaintiff, appearing propria persona, and for cause of action, complain and allege as follows:

### JURISDICTION
### (UNITED STATES DISTRICT)

I.

Plaintiff, CINDY CHACE, an individual, is, and at all times mentioned herein, residing in Ada County, Idaho.

II.

Defendant, ACTION COLLECTION SERVICES, INC., an Idaho Corporation, is, and at all times mentioned herein, a licensed debt collection business registered at the Secretary of State Office located at 1325 Vista Avenue, Box 5425, city of Boise in Ada County.

III.

That the herein dispute between the Plaintiff and Defendant is under the jurisdiction of United State District insofar that it asks a federal question pertaining to the Fair Debt Collection Practices Act.

**COMPLAINT, Page 1**

## CAUSE OF ACTION

## (BREACH OF FEDERAL COLLECTION LAW STATUTES)

IV.

That, on or about September 2008, Plaintiff discovered Defendant had received placement of an alleged outstanding debt from a third party, the original creditor in this action.

V.

That, on or about September 26, 2008, pursuant to the 30 day federal collection law, Plaintiff contacted Defendant by mail that said alleged outstanding debt was entered into collections by error and / or dispute with the third party as discussed in a concurrent telephone call with Defendant. The letter by the Plaintiff demanded accounting by Defendant, quoted specific Public Law to the Defendant, and ordered them to cease and desist collection efforts until such time an accounting made in accordance thereof.

VI.

That, the letter dated September 26, 2008 went ignored.

VII.

That, on or about January 20, 2009, Plaintiff learned the Defendant alleges four separate letters delivered to Plaintiff's business, one of which alleges signed certification dated December 9, 2008.

VIII.

That, upon discovery of allegations numbered IV through VII above, Plaintiff immediately contacted Defendant demanding production and validation of the original dispute, subsequent contact letters by Defendant, and accounting for the exorbitant fees associated therein.

IX.

That, Defendant refused or otherwise declined Plaintiff's demand for said validation under the law. Furthermore, Defendant did not, or could not, produce the original claim by the original creditor, and notwithstanding had initiated a Small Claims action against the Plaintiff.

**COMPLAINT, Page 2**

X.

That, on or about January 26, 2009, Plaintiff remitted the amount of $726.00 for what was then verified as a $159.00 returned check.

XI.

That, the Defendant failed to complete the demand setforth in accordance with Public Law by producing validation, and continued collection activity denying Plaintiff's relationship with the original creditor until such payment of $726.00 was remitted.

XII.

That, as a result of the breach of law by continuing their collection activities, Plaintiff has incurred statutory damages in the amount of $1,000 for each violation of law in the total amount of $2,000.

XIII.

That, as a result of the breach of law by continuing their collection activities, the difference in the amount demanded by Defendant of $726.00 from the actual verified amount of $159.00, Plaintiff is entitled to $567.00.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against the Defendant:

1.    As and for the Defendant's actual damages in the amount of $567.00.

2.    As and for the Defendant's Breach of Public Law, damages in the amount of $2,000.

3.    For Plaintiff's costs and fees incurred herein.

4.    For other and further relief as the Court deems just and proper in the premises.

DATED this 26 day of JAN , 2009

_____
CINDY CHACE, Plaintiff

**COMPLAINT, Page 3**