Peter D. Shearer, ISB #3326
Shaun R. Bonney, ISB #6370
SHEARER & BONNEY, P.C.
P.O. Box 15412
Boise, Idaho 83715
Telephone:  (208) 343-1353

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| CINDY CHACE, An individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ACTION COLLECTION SERVICE, INC. an Idaho Corporation,<br><br>    Defendant. | Case No. CV 09-28-S-LMB<br><br>ANSWER |

COMES NOW Defendant and in answer admits, denies and alleges as follows:

**FIRST DEFENSE**

The Complaint fails to state a claim against this Defendant upon which relief may be granted.

**SECOND DEFENSE**

Insufficiency of service of process.

**THIRD DEFENSE**

Plaintiff's claim does not include indispensable and necessary parties.

**FOURTH DEFENSE**

**I.**

ANSWER - 1

This answering Defendant denies each and every allegation of the Complaint not specifically admitted herein.

**II.**

This answering Defendant admits the allegations contained in paragraphs 1 and 2 of the Plaintiff's Complaint.

**III.**

With regard to paragraph 10, this answering Defendant admits that the Plaintiff paid the amount of $726.00 on January 26, 2009 in settlement of pending litigation. This answering Defendant denies all other allegations contained in that paragraph, whether express or implied.

**FIFTH DEFENSE**

Plaintiff has failed to mitigate her damages, if any.

**SIXTH DEFENSE**

Plaintiff has waived and/or by her conduct is estopped from asserting the matters alleged in her Complaint.

**SEVENTH DEFENSE**

Plaintiff's claim is barred the doctrine of laches.

**EIGHTH DEFENSE**

Plaintiff's claim is barred the doctrine of unclean hands.

**NINTH DEFENSE**

Without admitting any violation, if any violation of the Fair Debt Collection Practices Act occurred, it was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error. In asserting this defense, this answering Defendant does not admit to any blameworthy conduct and/or wrongdoing, either express or implied.

ANSWER - 2

### TENTH DEFENSE

Plaintiff's claim is beyond the applicable statute of limitation.

### ELEVENTH DEFENSE

Plaintiff has by her words or conduct released Defendant.

### TWELFTH DEFENSE

Acceptance/settlement.

### THIRTEENTH DEFENSE

Plaintiff is guilty of negligence at the time and in connection with the matters and damages alleged, which conduct proximately caused or contributed to Plaintiff's alleged damages, if any.  In asserting this defense, Defendant does not expressly or impliedly admit that Plaintiff sustained any damage.

### FOURTEENTH DEFENSE

This answering Defendant reserves the right to assert additional defenses to which it may be entitled under the law, including case law, statutes and rules in which apply to the claims asserted by the Plaintiff.

### CLAIM FOR ATTORNEY FEES

To defend this action, Defendant has been required to retain the services of an attorney, and has and will continue to incur reasonable attorney fees based upon the time expended in said defense.  Defendant alleges and hereby makes claim against Plaintiff for attorney fees and costs pursuant to 15 U.S.C. §1692k and Rule 54, Federal Rules of Civil Procedure.

WHEREFORE, this answering Defendant prays that Plaintiff take nothing by way of her Complaint, that the same be dismissed with prejudice, and that this answering Defendant be awarded its costs of suit and attorney's fees and for such other and further relief as the Court deems just.

ANSWER - 3

DATED this \_\_\_\_ day of February, 2009.

                SHEARER & BONNEY, P.C.

                    /s/
               By_____
                 Shaun R. Bonney, of the Firm
                 Attorneys for Defendant

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 13th day of February, 2009, I served a true and correct copy of the foregoing by delivering the same to each of the following individuals, by the method indicated below, addressed as follows:

Cindy Chase  
2675 W. Wave Court  
Meridian, ID 83642

❏ U.S. Mail  
❏ Hand-Delivered  
❏ Overnight mail  
❏ Facsimile

                  /s/
              _____
              Shaun R. Bonney