**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| CINDY CHACE, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 09-028-LMB |
| ) | |
| v. ) | **AMENDED JUDGMENT** |
| ) | |
| ACTION COLLECTION SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

PURSUANT to the March 8, 2010, ORDER (Docket No. 41), the previously entered JUDGMENT (Docket No. 35) is AMENDED to award Defendant attorney's fees in the amount of $7,455.00.

DATED: **March 10, 2010**.

_____
Honorable Larry M. Boyle
United States Magistrate Judge

**AMENDED JUDGMENT - 1 -**